# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In re: § | Case No. **11-11248-JPH** |
| § | |
| **HUGHES, ROBERT CURTIS** § | Chapter 7 |
| **HUGHES, MELISSA ERIN** § | |
| § | Judge: **HOPKINS** |
| Debtor(s). § | |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $6.33 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3011. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 000004 | 2.45 |
| GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | 000011 | 3.88 |

Dated: 10/20/11

/s/ Norman L. Slutsky
Norman L. Slutsky, Trustee

cc:    U.S. Trustee

FILED 2011 OCT 24 PM 2:25 KENNETH J. JORDAN CLERK U.S. BANKRUPTCY COURT CINCINNATI, OHIO